IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20509
_____

MULTI RESOURCE USA, INC., a Georgia
Corporation; JIAN DONG WANG,

                                        Plaintiffs-Appellants,

                        versus

JINHAI GROUP CORPORATION,

                                        Intervenor-Plaintiff - Appellee,

                        versus

ANDREW C. MAO; KATHY H. MAO; CHEER INTERNATIONAL, INC.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-2837)
_____

March 2, 2000

Before HIGGINBOTHAM and PARKER, Circuit Judges, and ATLAS,[*]
District Judge.

PER CURIAM:[**]

    With the benefit of oral argument, we are persuaded that the

grant of summary judgment should be affirmed.

    AFFIRMED.

_____

    [*]District Judge of the Southern District of Texas, sitting by
designation.

    [**] Pursuant to 5ᵀᴴ CɪR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5ᵀᴴ CɪR. R. 47.5.4.